GRAFF v. ABLE.

(Supreme Court, Appellate Term. June 25, 1909.)

WORK AND LABOR (§ 12*)—RECOVERY.

 A tailor, making a coat for a customer and furnishing some of the materials, may recover the value of the work and materials, less the cost of making slight alterations necessary to complete the garment in all respects.

 [Ed. Note.—For other cases, see Work and Labor, Cent. Dig. § 27; Dec. Dig. § 12.*]

Appeal from Municipal Court, Borough of Manhattan, Seventh District.

Action by Abraham Graff against Ellis Able. From a judgment of the Municipal Court in favor of defendant, plaintiff appeals. Reversed, and new trial ordered.

Argued before GILDERSLEEVE, P. J., and MacLEAN and SEABURY, JJ.

Kauffman & Herzberg, for appellant.

John P. Maule, for respondent.

PER CURIAM. The defendant's wife went to the plaintiff, a tailor, and was measured for a coat, and furnished the cloth for the same. The plaintiff made the coat and furnished the lining and "findings." His labor he valued at $15, the lining $8, and the "findings" $1.50, for which amount he brought this action. The defense

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

was that the coat did not fit. Upon this question there was given, before the justice, conflicting evidence; but, taking the defendant's testimony as true, only slight alterations would be necessary in order to complete the garment in all respects. The court then gave judgment in favor of the defendant. Under the circumstances disclosed, the plaintiff was entitled to the sum of $24.50, less the cost of making the necessary alterations.

Judgment reversed, and new trial ordered, with costs to the appellant to abide the event.